UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC McCLOSKEY,<br>　　　　Petitioner,<br>　v.<br>DEAN BORDERS, Warden,<br>　　　　Respondent. | NO. EDCV 17-1412-ODW (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the Motion to Dismiss ("Motion") and related briefing, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Motion is GRANTED; (2) the Petition is DENIED; and (3) Judgment shall be entered dismissing this action with prejudice.

DATED: Jan 3, 2018

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE