# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC McCLOSKEY,<br><br>    Petitioner,<br><br>v.<br><br>DEAN BORDERS, Warden,<br><br>    Respondent. | NO. EDCV 17-1412-ODW (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: Jan 3, 2018

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE